| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shauntae S Ferrell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2837** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Ohio** | | Date case filed for chapter  **7**   **8/1/19** |
| Case number:  **2:19–bk–54987**   Case Assigned To: **C. Kathryn Preston** | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Shauntae S Ferrell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1741 Weiler Avenue <br> Columbus, OH 43207 | |
| 4. | **Debtor's attorney** <br> Name and address | John C Cannizzaro <br> Ice Miller LLP <br> 250 West Street <br> Suite 700 <br> Columbus, OH 43215 | Contact phone 614–462–1070 <br> Email:  John.Cannizzaro@icemiller.com |
| 5. | **Bankruptcy trustee** <br> Name and address | William B Logan <br> 1160 Dublin Road <br> Suite 400 <br> Columbus, OH 43215 | Contact phone 614–221–7663 <br> Email:  wlogan@lnlattorneys.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 170 North High Street<br>Columbus, OH 43215–2414 | Hours open 9:00 am – 4:00 pm Monday through Friday<br><br>Contact phone (614)469–6638<br><br>Date: 8/2/19 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.** | Location:<br><br>**170 North High Street, Suite 100, Columbus, OH 43215** |
| **8.** **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/12/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** **Abandonment** | Pursuant to L.B.R. 6007–1, the trustee may abandon property listed on the debtor's schedules upon the request of any party in interest or upon the trustee's determination that there is no equity in the property for the benefit of unsecured creditors and that the property is burdensome. Futher notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment with service of such notice on the trustee, or unless further notice is ordered by the court or requested by the trustee. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                       Case No. 19-54987-ckp
Shauntae S Ferrell                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2          User: chipmanm          Page 1 of 2          Date Rcvd: Aug 02, 2019
                              Form ID: 309A           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db         +Shauntae S Ferrell,    1741 Weiler Avenue,    Columbus, OH 43207-1575
19962698   +ACIMA Credit fka Simple,    9815 S Monroe St Fl 4,    Sandy, UT 84070-4384
19962699   +AES/ESA,    PO Box 61047,    Harrisburg, PA 17106-1047
19962700   +American First Finance,    PO Box 565848,    Dallas, TX 75356-5848
19962701    American Freight,    5055 E. Main St,    Grove City, OH 43123
19962702   +BK of Missouri/Total Card,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
19962703   +Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Suite 3000,
             Southfield, MI 48034-8331
19962704   +Credit Acceptance Corporation,    PO Box 5070,    Southfield, MI 48086-5070
19962706   +Dominion Energy,    180 E Broad Street Ste 822,    Columbus, OH 43215-3718
19962707   +Drummond Financial Services, LLC,    5799 Springboro Pike,    West Carrollton, OH 45449-2807
19962708   +EdSouth/GLELSI,    PO Box 7860,    Madison, WI 53707-7860
19962712   +Levy & Associates,    4645 Executive Drive,    Columbus, OH 43220-3601
19962714   +Oak View Properties LLC,    PO Box 382,    Powell, OH 43065-0382
19962716   +PHEAA/Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
19962717   +Plaza Services LLC,    110 Hammond Drive,    Suite 110,    Atlanta, GA 30328-4806
19962718   +Premier Bkcrd/First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
19962720   +Tracir Financial Services,    2040 Brice Rd Suite 200,    Reynoldsburg, OH 43068-3460
19962722   +Whynot Leasing LLC,    169 S River Rd Unit 18,    Bedford, NH 03110-6934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: John.Cannizzaro@icemiller.com Aug 02 2019 19:36:22      John C Cannizzaro,
             Ice Miller LLP,    250 West Street,    Suite 700,    Columbus, OH  43215
tr         +EDI: FWBLOGAN Aug 02 2019 23:18:00      William B Logan,    1160 Dublin Road,    Suite 400,
             Columbus, OH 43215-1052
ust        +E-mail/Text: ustpregion09.cb.ecf@usdoj.gov Aug 02 2019 19:37:02      Asst US Trustee (Col),
             Office of the US Trustee,    170 North High Street,    Suite 200,    Columbus, OH 43215-2417
19962705   +EDI: NAVIENTFKASMDOE.COM Aug 02 2019 23:18:00      Dept. of Education/Navient,    PO Box 9635,
             Wilkes Barre, PA 18773-9635
19962710   +E-mail/Text: bknotice@ercbpo.com Aug 02 2019 19:37:22      ERC,    PO Box 57610,
             Jacksonville, FL 32241-7610
19962709   +E-mail/Text: bknotice@ercbpo.com Aug 02 2019 19:37:22      Enhanced Recovery,    PO Box 57547,
             Jacksonville, FL 32241-7547
19962711    EDI: JEFFERSONCAP.COM Aug 02 2019 23:18:00      Jefferson Capital Systems, LLC,    16 McLeland Rd,
             Saint Cloud, MN 56303
19962713   +E-mail/Text: bankruptcynotices@schear.net Aug 02 2019 19:37:37      NCP Finance Ohio, LLC,
             205 Sugar Camp Circle, Dept. CM,    Dayton, OH 45409-1970
19962715    E-mail/Text: bankruptcy@firstenergycorp.com Aug 02 2019 19:37:20      Ohio Edison,
             76 South Main Street,    Akron, OH 44308-1890
19962719   +EDI: RESURGENT.COM Aug 02 2019 23:18:00      Resurgent/LVNV Funding,    PO Box 1269,
             Greenville, SC 29602-1269
19962721   +EDI: BLUESTEM Aug 02 2019 23:19:00      Webbank/Fingerhut Freshs,    6250 Ridgewood Rd,
             Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0648-2          User: chipmanm              Page 2 of 2         Date Rcvd: Aug 02, 2019
                              Form ID: 309A               Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:

        Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
        John C Cannizzaro    on behalf of Debtor Shauntae S Ferrell John.Cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
        William B Logan    wlogan@lnlattorneys.com, wbl@trustesolutions.net

        TOTAL: 3