IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| SHAUNTAE S FERRELL | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 2:19-54987-CKP |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

**American First Finance**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:   09/13/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

IN RE:  SHAUNTAE S FERRELL : Chapter: 7
: Bankruptcy No: 2:19-54987-CKP
:

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 13th day of September, 2019, I mailed through the

United States Postal Services to each of the persons listed below, the following documents:

**Request For Notice**

American First Finance
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Copy of the above served to the following:

JOHN C CANNIZZARO, A
250 West St Ste 700
Columbus OH 43215-7509

WILLIAM B LOGAN, T
1160 Dublin Rd Ste 400
Columbus OH 43215

U S TRUSTEE, U
170 N HIGH ST
SUITE 200
COLUMBUS OH 43215