Form a7ogrfee
(Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re:   Shauntae S Ferrell | Case No.: 2:19−bk−54987 |
|   Debtor(s) | Chapter:  7 |
| SSN/TAX ID:     xxx−xx−2837 | Judge:   C. Kathryn Preston |

**Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee**

Upon consideration of the debtor's application to waive the chapter 7 filing fee, the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Dated: September 18, 2019

_____
C. Kathryn Preston
United States Bankruptcy Judge