This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: October 25, 2019**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-54987 |
| SHAUNTAE S. FERRELL, | Chapter 7 |
| Debtor. | Judge C. Kathryn Preston |

### ORDER GRANTING MOTION TO VALUE SECURED CLAIM AND REDEEM PERSONAL PROPERTY (DOC. 17)

This matter came before the Court on the Debtor's Motion to Value Secured Claim and Redeem Personal Property (the "Motion") (Doc. 17) with respect to personal property scheduled as a "Living room set" (the "Collateral") securing a debt with American First Finance (the "Secured Creditor"). In the Motion, the Debtor requests that the Court enter an order (a) valuing the secured portion of Secured Creditor's claim against the Debtor at $100.00, and (b) permitting the Debtor to redeem the Collateral by paying that amount to Secured Creditor. The Court hereby finds that the Motion was properly served and noticed and that no responses or requests for hearing have been timely filed. Accordingly, the Motion is hereby **GRANTED**. The secured portion of Secured Creditor's claim is valued at $100 and Debtor may redeem the Collateral by paying that amount to Secured Creditor.

**IT IS SO ORDERED.**

Copies to: Default List

CO\6278055.1